# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Jane Doe,**
Plaintiff,

v.

**Staverne Y. Miller**, in her official capacity as Commissioner, Massachusetts Department of Children & Families (and successor in office under Fed. R. Civ. P. 25(d));
**Laurel Kelley,** Social Worker (individual capacity);
**Svea Letendre**, Supervisor (individual capacity);
**Corrine McDonald**, Area Program Manager (individual capacity);
**Carolyn M. Almeida**, Fair Hearing Officer (individual capacity);
**Browne**, Regional Counsel (individual capacity),
Defendants.

Civil Action No. _____

# COMPLAINT AND JURY DEMAND

Plaintiff Jane Doe brings this civil rights action under 42 U.S.C. § 1983 for violations of her constitutional rights under the Fourteenth Amendment. Defendants deprived her of liberty and property interests in her reputation, career, and family integrity without due process, and subjected her to unequal treatment in violation of the Equal Protection Clause. Plaintiff seeks compensatory and punitive damages, declaratory and injunctive relief, costs, and such other relief as this Court deems just and proper.

**JURY DEMAND**
Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Dated: October 2, 2025

_____

Jane Doe (Pro Se)
74 Elm Street #285
West Springfield, MA 01090