# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Jane Doe,**
Plaintiff,

v.

**Staverne Y. Miller**, Commissioner, Massachusetts Department of Children & Families, et al.,
Defendants.

Civil Action No. _____

# PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

Plaintiff, proceeding pro se, respectfully moves this Court for leave to proceed under the pseudonym "Jane Doe" in the above-captioned action. This case arises from sensitive and deeply personal matters concerning Plaintiff's family, reputation, and minor children. Disclosure of Plaintiff's identity on the public docket would expose her and her children to stigma, harassment, and unwarranted intrusion into their private lives. Federal courts have discretion to permit pseudonyms in cases involving matters of a highly sensitive and personal nature, including those where identification would risk harm to the parties or where children's privacy interests are implicated. See, e.g., *Doe v. Stegall*, 653 F.2d 180 (5th Cir. 1981). Plaintiff's use of a pseudonym will not prejudice Defendants, who are public officials and fully aware of Plaintiff's identity through prior communications and demand letters. Allowing Plaintiff to proceed as "Jane Doe" will balance the public's interest in open judicial proceedings with the need to protect Plaintiff and her family from unnecessary harm. WHEREFORE, Plaintiff respectfully requests that this Court grant her motion to proceed under the pseudonym "Jane Doe" and direct the Clerk of Court to maintain her true name under seal for docketing purposes.

Respectfully submitted,

Dated: October 2, 2025

_____
Jane Doe (Pro Se)
74 Elm Street #285
West Springfield, MA 01090