UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>STAVERNE Y MILLER, et al.,<br><br>Defendants. | Civil Action No. 25-30173-MGM |

ORDER
September 4, 2026

MASTROIANNI, U.S.D.J.

On June 11, 2026, the court denied without prejudice Plaintiff Jane Doe's Application to Proceed in District Court Without Prepaying Fees or Costs, motion to proceed under a pseudonym, motion to seal documents, and motion for leave to file electronically *pro se*. (Dkt. No. 7.) The court informed Plaintiff that to proceed with this action, she must, on or before July 9, 2026, file a new Application, and on or before July 11, 2026, file an amended complaint. (*Id.* at 6-7.) And the court further informed Plaintiff that failure to comply with its order will result in dismissal of her action. (*Id.* at 7.)

To date, Plaintiff has not responded to the court's order and the time to do so has expired.

On June 23, 2026, the envelope with a copy of the court's June 11, 2026 Order was returned to the court as undeliverable. Apparently, Plaintiff is no longer at the address she provided to the court. Plaintiff failed to inform the court of her new address as required under this court's local rules. *See* D. MASS L.R. 83.5.5(h) (requiring *pro se* litigants to inform the clerk of court of any change of address within 14 days of the change).

The fact that Plaintiff has not kept the court informed of her current address suggests that she may have decided not to press her claim. Dismissal is warranted here. The court is not required

to delay disposition in this case until such time as Plaintiff decides to comply with the requirement of providing her current address.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall enter a separate order of dismissal.

It is So Ordered.

/s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge